| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Western District of Texas, San Antonio Division |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  Sanjel Canada Ltd.

**2. Debtor's unique identifier**

For non-individual debtors:

☑ Federal Employer Identification Number (EIN)  8 8 – 5 3 8 0 9 3 1

☐ Other _____. Describe identifier _____

For individual debtors:

☐ Social Security number:  xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____

**3. Name of foreign representative(s)**  PricewaterhouseCoopers Inc.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Proceeding under the Canadian Companies' Creditors Arrangement Act

**5. Nature of the foreign proceeding**

Check one:
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

| Debtor | Sanjel Canada Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

2711 Centerville Road, Suite 400
Number   Street

c/o Corporation Service Company
P.O. Box

Wilmington, DE 19808
City       State/Province/Region   ZIP/Postal Code

United States
Country

Individual debtor's habitual residence:

Number   Street

P.O. Box

City   State/Province/Region   ZIP/Postal Code

Country

Address of foreign representative(s):

111 5 Ave. SW #3100
Number   Street

P.O. Box

Calgary, AB T2P 5L3
City   State/Province/Region   ZIP/Postal Code

Canada
Country

**10. Debtor's website (URL)**

www.sanjel.com

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor   Sanjel Canada Ltd.
         Name                                                       Case number (if known)

**12. Why is venue proper in *this* district?**   Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
28 U.S.C. §§ 1409 and 1410

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____     PAUL DARBY
  Signature of foreign representative   Printed name

Executed on  04 / 11 / 2016
             MM / DD / YYYY

X _____     _____
  Signature of foreign representative   Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _____     Date  04 / 11 / 2016
  Signature of Attorney for foreign representative   MM / DD / YYYY

Deborah D. Williamson
Printed name

Dykema Cox Smith
Firm name

112 E. Pecan Street, Suite 1800
Number   Street

San Antonio                              TX        78205
City                                     State     ZIP Code

(210) 554-5275                           dwilliamson@dykema.com
Contact phone                            Email address

21617500                                 TX
Bar number                               State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3